

**NUMBER 13-10-00010-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**THE STATE OF TEXAS,** **Appellant,**

**v.**

**MARCO ANTONIO RODRIGUEZ,** **Appellee.**

---

**On appeal from the 404th District Court
of Cameron County, Texas.**

---

**MEMORANDUM OPINION**

**Before Justices Rodriguez, Garza, and Benavides
Memorandum Opinion Per Curiam**

Appellant, the State of Texas, by and through the Cameron County (District) Attorney, the Honorable Armando R. Villalobos, has filed a motion for dismissal of its appeal pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP.

P. 42.2(a).  No decision of this Court having been delivered to date, we grant the motion

and dismiss the appeal.  Having dismissed the appeal at appellant's request, no motion for

rehearing will be entertained, and our mandate will issue forthwith.


                                                        PER CURIAM

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Delivered and filed the 11th
day of February, 2010.

2